[No. 34320-7-II.   Division Two.   November 28, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. DAGRACA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-8-02048-0, Frederick B. Hayes, J. Pro Tem., entered December 15, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 22315-9-III; 22336-1-III.   Division Three.   November 30, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH JUSTIN JONES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALLEN GRAHAM, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 02-1-00203-1 and 02-1-00202-2, Maryann C. Moreno, J., entered August 18 and 19, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, A.C.J., concurred in by Kato and Kulik, JJ.

[No. 24253-6-III.   Division Three.   November 30, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SCOTT FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00547-2, Vic. L. VanderSchoor, J., entered June 8, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.